EAST BATON ROUGE PARISH
Filed Jan 04, 2022 2:13 PM
Deputy Clerk of Court
C-714670
30

# NINETEENTH JUDICIAL DISTRICT COURT

## PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

IZETTA SMITH, individually and
On behalf of the minors, IAN SMITH,
IND'EAH SMITH, ANDREW SMITH, JR.,
IZETTA J. SMITH

DOCKET NO.

**VERSUS**

SECTION

MICHAEL WAYNE BROWN,
SHARK TRUCKING INC.,
SENTRY SELECT INSURANCE
COMPANY and
XYZ INSURANCE COMPANY

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the plaintiff, IZETTA SMITH, individually and on behalf of the minors, IAN SMITH, IND'EAH SMITH, ANDREW SMITH, JR., and IZETTA J. SMITH. IZETTA SMITH is a person of the full age of majority and residing in the Parish of East Baton Rouge, State of Louisiana, who represents the following:

**Made defendant herein are:**

1.

A. **MICHAEL WAYNE SMITH,** a person of the full age of majority domiciled in the Texas, who may be served at his domicile which is located at 3045 Marina Bay Dr. Apt. 10103, League City, Texas;

B. **SHARK TRUCKING, INC.,** a foreign corporation, address 12106 Mesa Drive, Houston, Texas, 77016;

C. **SENTRY SELECT INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana, having duly appointed the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809, as its lawful agent for service of process; and

D. **XYZ INSURANCE COMPANY,** as the unknown insurer for the defendant, **SHARK TRUCKING.**

2.

The above-named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of

judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

**3.**

On January 4, 2021, Izetta smith, was operating in a safe and prudent manner her vehicle on interstate 10 at interstate I- 10 in Baton Rouge, Louisiana.

**4.**

The minors, Ian Smith, Ind'eah Smith, Andrew Smith., Jr., and Izetta J. Smith, were passengers in the vehicle operated by the plaintiff, Izetta Smith, on January 4, 2021.

**5.**

On January 4, 2021, Michael Wayne Brown, was operating an 18-wheeler on interstate 10 at interstate I- 10 in Baton Rouge, Louisiana. While operating the 18-wheeler cargo that weighed more than 200 pounds flew from the 18-wheeler and hit the vehicle operated by Izetta Smith and containing the minor children.

**6.**

As a result of the cargo falling from the 18-wheeler operated by the defendant, Michael Wayne Brown, the vehicle operated by Izetta Smith received significant damage and causing personal injury to Izetta Smith and the minor children.

**7.**

Plaintiff alleges that the sole and proximate cause of the above-described collision was the negligence of Michael Wayne Brown, which is described in part but not exclusively as follows:

a. In failing to remain attentive while operating a motor vehicle;

b. In failing to observe petitioner's vehicle;

c. In failing to maintain control of his vehicle;

d. In failing to timely apply his brakes;

e. In failing to properly contain the cargo attached to his vehicle;

f. In carelessly operating his vehicle;

g. In driving in a reckless disregard for the safety of others;

h. In failing to maneuver his vehicle so as to avoid contact with petitioner's vehicle;

i. In failing to see what he should have seen, and if seen, in failing to heed; and

j. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

**8.**

Plaintiff is informed, believes, and therefore alleges that at the time of the collision Shark Trucking, Inc. maintained an automobile liability insurance policy on the 18-wheeler operated by Michael Wayne Brown. The automobile liability insurance policy was furnished by the defendant, Sentry Select Insurance Company, which was in full force and effect at the time of the collision, and which insurance insures to the benefit of the plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

**9.**

Plaintiff is informed, believes, and therefore alleges that at all times material hereto, Michael Wayne Brown, was in the course and scope of his employment with Defendant, Shark Trucking, Inc., causing Shark Trucking, Inc. to be responsible for any and all negligence and fault of their employee, Michael Wayne Brown, in connection with the above-described collision. Plaintiff therefore specifically pleads the doctrine of *respondeat superior* under LA.C.C. art. 2320.

**10.**

Plaintiff is informed, believes, and therefore alleges that at all times material hereto, Michael Wayne Brown was employed by Shark Trucking, Inc. and Michael Wayne Brown was in the course and scope of said employment and under the direction of Shark Trucking, Inc. at the time of the collision alleged herein, which makes Shark Trucking, Inc. liable for the acts of Michael Wayne Brown alleged herein.

**11.**

Plaintiff is informed, believes, and therefore alleges that at the time of the collision defendant, Shark Trucking, Inc. maintained liability insurance with XYZ Insurance Company. The liability insurance policy maintained with XYZ Insurance Campany was in full force and effect at the time of the collision and provided coverage of the negligent acts of Michael Wayne Brown who was in the course and scope of employment for Shark Trucking, Inc. at the time of the collision.

**12.**

As a result of the collision occurring on January 4, 2021, the plaintiff, Izetta Smith, sustained the following non-exclusive injuries and damages:

1. Past, present and future physical pain and suffering;
2. Past, present and future mental anguish;
3. Past, present and future medical bills;
4. Temporary/Permanent disability;
5. Increased propensity of future injuries due to injuries;
6. Loss of enjoyment of life;
7. Future impairment of earning capacity;
8. Loss Wages- past, present, and future; and
9. Other elements of damages to be more fully set forth at the trial of this matter.

**13.**

As a result of the collision occurring on January 4, 2021, the minor children, Ian Smith, Ind'eah, Andrew Smith, Jr., and Izetta J. Smith, sustained the following non-exclusive injuries and damages:

1. Past, present and future physical pain and suffering;
2. Past, present and future mental anguish;
3. Past, present and future medical bills; and
4. Other elements of damages to be more fully set forth at the trial of this matter.

**14.**

**WHEREFORE PLAINTIFF PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be a judgement in favor of the plaintiff, Izetta Smith, individually and on behalf of the minors, Ian Smith, Ind'eah Smith, Andrew Smith, Jr., and Izetta J. Smith, against the defendants Michael Wayne Brown, Shark Trucking, Inc., Sentry Select Insurance Company, and XYZ Insurance Company, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully Submitted By:

E. ERIC GUIRARD INJURY LAWYERS

*Ashley G. Bélanger*
ASHLEY G. BÉLANGER (LABN 33163)
8254 One Calais Ave.
Suite 201
Baton Rouge, Louisiana 70809
Telephone: (225) 800-3333
Facsimile: (225) 300-4543
E-mail: Ashley@eguarantee.com

**PLEASE SERVE:**

**SENTRY SELECT INSURANCE COMPANY**
Through its registered agent,
THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LOUISIANA 70809

**MICHAEL WAYNE BROWN**
HOLD SERVICE

**SHARK TRUCKING, INC.**
HOLD SERVICE

**XYZ INSURANCE COMPANY**
HOLD SERVICE

EAST BATON ROUGE PARISH
Filed Jan 07, 2022 3:19 PM
Deputy Clerk of Court
C-714670
30



# E ERIC GUIRARD
## INJURY LAWYERS

THE E GUARANTEE™

8254 One Calais Ave., Suite 201, Baton Rouge, LA 70809
Local 225.800.EEEE Toll Free 844.833.3003 Fax 225.300.4543
Eguarantee.com

January 7, 2022

**VIA HAND-DELIVERY**
19TH JDC – Clerk of Court
300 North Blvd.
Baton Rouge, LA 70801

    Re:    Izetta Smith, et al vs. Michael Wayne Brown, et al
            Docket No.: 714670; 19th JDC, Parish of EBR

Dear Clerk:

Please issue citations for the Petition for Damages to be served via the Louisiana long-arm statute, LSA R.S. 13:3201 et seq, to the following:

> Michael Wayne Smith
> 3045 Marina Bay Drive, Apt. 10103
> League City, TX 77573

**AND**

> Shark Trucking, Inc
> 12106 Mesa Drive
> Houston, TX 77016

With kindest regards, I am

                        Yours truly,

                        Ashley G. Bélanger

AGB/mk

RETURN COPY



D8152233

# CITATION

| | |
|---|---|
| IZETTA SMITH, ET AL<br>(Plaintiff) | NUMBER C-714670 "30" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| MICHAEL WAYNE BROWN, ET AL<br>(Defendant) | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

TO: SENTRY SELECT INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT,
THE LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; OR
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JANUARY 5, 2022**.



*Myrihli Rosette*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BELANGER, ASHLEY G**
*The following documents are attached:

**PETITITON FOR DAMGES**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20 ____ and on the ____ day of _____, 20 ____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20 ____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

I made service on the named party through the
RECEIVED
Office of the Secretary of State on
JAN 11 2022
by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA